GORDON C. ATKINSON (122401)
CRAIG C. DANIEL (212588)
JUSTIN SOWA (305002)
GLUCK DANIEL LLP
One Sansome Street, Suite 720
San Francisco, CA 94104
Telephone    415-510-2114
Facsimile    415-510-2208
Email        litigation@gluckdaniel.com

Attorneys for Defendant TESLA MOTORS, INC.,
a Delaware Corporation

IN THE UNITED STATES DISCTRICT COURT

IN AND FOR THE NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| LEBRONZE ALLOYS SAS, a France société par actions simplifiée, <br><br>    Plaintiff, <br><br> v. <br><br> TESLA MOTORS, INC., a Delaware corporation, <br><br>    Defendant. | No. 3:19-cv-02918 <br><br> **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1      Pursuant to Civil Local Rule 6-1(a), Plaintiff Lebronze Alloys SAS ("Plaintiff") and Defendant Tesla Motors, Inc. ("Defendant"), by and through their Counsel, hereby jointly stipulate as follows:

    WHEREAS, Plaintiff filed the Complaint in this matter on May 28, 2019;

    WHEREAS, Plaintiff served the Complaint on Tesla Motors, Inc. on June 4, 2019;

    WHEREAS, the deadline for Tesla Motors, Inc. to serve a responsive pleading to Plaintiff's Complaint is currently June 25, 2019;

    WHEREAS, Plaintiff and Defendant agree that this extension of Defendant's time to respond to the Complaint will not alter any other deadlines set by the Court in this action.

    NOW, THREFORE, THE PARTIES HEREBY STILPULATE that Defendant shall have an extension of time to and including July 25, 2019, to respond to Plaintiff's Complaint.

Dated: June 14, 2019

GLUCK DANIEL LLP

/s/ Craig C. Daniel

Attorneys for Defendant
TESLA MOTORS, INC.

Dated: June 16, 2019

DAVIS WRIGHT TREMAINE LLP

/s/ Martin L. Fineman

Attorneys for Plaintiff
LEBRONZE ALLOYS SAS

SBN 104413

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from the other signatories.

Dated: June 14, 2019

/s/ Craig C. Daniel

Attorneys for Defendant
TESLA MOTORS, INC.

- 1 -
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT