GORDON C. ATKINSON (122401)
CRAIG C. DANIEL (212588)
JUSTIN SOWA (305002)
GLUCK DANIEL LLP
One Sansome Street, Suite 720
San Francisco, CA 94104
Telephone   415-510-2114
Facsimile   415-510-2208
Email         litigation@gluckdaniel.com

Attorneys for Defendant TESLA MOTORS, INC.

IN THE UNITED STATES DISCTRICT COURT

IN AND FOR THE NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| LEBRONZE ALLOYS SAS, a France société par actions simplifiée,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, INC., a Delaware corporation,<br><br>    Defendant. | No. 4:19-cv-02918-DMR<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE THAT:

The Parties have reached an agreement in principle to resolve this litigation in full.

The Parties are in the process of drafting a settlement agreement and following execution will stipulate to dismissal of the entire action.

The Parties agree and stipulate that all deadlines, including Defendant's deadline to answer the complaint, should be vacated pending negotiation of the settlement agreement.

Dated: November 7, 2019

GLUCK DANIEL LLP

*/s/ Craig C. Daniel*

Attorneys for Defendant
TESLA MOTORS, INC.

Dated: November 7, 2019

DAVIS WRIGHT TREMAINE LLP

*/s/ Martin L. Fineman*

Attorneys for Plaintiff
LEBRONZE ALLOYS SAS

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I obtained concurrence in the filing of this document from the other signatories.

Dated: November 7, 2019

*/s/ Craig C. Daniel*

Attorneys for Defendant
TESLA MOTORS, INC.